UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN B. BANKS,

      Plaintiff,

   v.

OFFICER ROYCE, et al.,

      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2021
```

18 CV 4738 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

  On August 26, 2020, the Court issued an opinion and order granting Defendant Royce's motion to dismiss and granting Plaintiff leave to file an amended complaint on or before October 26, 2020, noting that "[i]f Plaintiff does not file an Amended Complaint by October 26, 2020, and he cannot show good cause to excuse such a failure, those claims dismissed without prejudice by this order will be deemed dismissed with prejudice, and the action will be dismissed." (ECF No. 24). On August 28, 2020, the Clerk of Court mailed the Court's opinion and order to Plaintiff at the address on ECF. Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

  Therefore, the claims previously dismissed without prejudice are dismissed with prejudice. The Clerk of Court is directed to mail a copy of this order to *pro se* Plaintiff at the address on ECF, show service on the docket, and terminate this case.

Dated: June 16, 2021
    White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge